IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-927-D

| | |
|---|---|
| THE N2 COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NUMALE MEDICAL CENTER, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in plaintiff's memorandum of law [D.E. 18], the court GRANTS plaintiff's motion to dismiss defendant NuMale Corporation's counterclaims [D.E. 17] and DISMISSES WITHOUT PREJUDICE those counterclaims.

SO ORDERED. This 20 day of June, 2025.

JAMES C. DEVER III
United States District Judge